ADOLPH M. ENGEL, Appellant, *v.* CHESTON SIMMONS, JR., et al., as Executors of CHESTON SIMMONS, Deceased, et al., Respondents, Impleaded with Another.

(Submitted October 20, 1931; decided November 17, 1931.)

*Albert Adams, Samuel Meyers* and *Morris Meyers* for appellant.

*John L. Lockwood* for respondents.

Judgment affirmed, with costs; no opinion.

Concur CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.